**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BRANDIN SANTIAGO,

                Petitioner,              **18-cv-2849 (LJL) (VF)**

    -against-                  **ORDER**

D. UHLER,

                Respondent.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On May 13, 2019, Respondent filed the state court transcript (ECF No. 34). Upon review, pages 66 to 140 of the trial transcript are missing. The Court presumes that ECF No. 34-25 should have contained the missing pages, but instead contains a different document. Respondent is directed to provide the Court with the missing portion of the transcript by **November 10, 2022**.

      **SO ORDERED.**

DATED:    New York, New York
                November 4, 2022

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge