UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

                                                                        :

BRANDIN SANTIAGO,                                                       :
                                                                        :
                                                                        :
                            Petitioner,                                 :
                                                                        :           18-cv-2849 (LJL)
            -v-                                                         :
                                                                        :               ORDER
D. UHLER, SUPERINTENDENT,                                               :
                                                                        :
                            Respondent.                                 :
                                                                        :
-----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/5/2023
```

LEWIS J. LIMAN, United States District Judge:

        Petitioner Brandin Santiago moves for reconsideration of this Court's order of January 2,
2023, Dkt. No. 40, adopting the report and recommendation of Magistrate Judge Valerie
Figueredo recommending that Petitioner's petition for a writ of habeas corpus pursuant to 28
U.S.C. § 2254 be denied, Dkt. No. 38.  Petitioner argues that the Magistrate Judge erred in
rejecting his claim that his conviction was not supported by sufficient evidence as unexhausted
and procedurally defaulted and, in the alternative, as without merit.  Dkt. No. 43.

        The Court has reviewed the Report and Recommendation and Petitioner's motion.  The
motion does not raise any issues that were not previously considered by Magistrate Judge
Figueredo or by this Court.  The motion also does not identify any errors in the Report and
Recommendation.  The Magistrate Judge properly determined both that the claim was
unexhausted and procedurally defaulted and that it was without merit.  Accordingly, Petitioner's
motion is denied.

        The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would
not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an
appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

        The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

        SO ORDERED.

Dated: May 5, 2023                          _____
        New York, New York                          LEWIS J. LIMAN
                                                United States District Judge